ALLIED FINANCIAL CORPORATION, PLAINTIFF-RESPON-
DENT, v. FINANCIAL ASSOCIATES, INC., DEFENDANT-
PETITIONER.

See same case below: 86 *N. J. Super.* 65.

*Messrs. Platoff, Platoff & Heftler* and *Mr. Howard M. Nashel* for the petitioner.

*Messrs. Hannoch, Weisman, Myers, Stern & Besser* for the respondent.

February 23, 1965. Denied.

JOSEPHINE GRASSI, *ET AL.*, PLAINTIFFS-RESPONDENTS,
v. PENNSYLVANIA RAILROAD COMPANY, DEFENDANT-
PETITIONER.

See same case below: 86 *N. J. Super.* 48.

*Messrs. Strong & Strong* for the petitioner.

*Messrs. Brass & Brass* for the respondents.

February 23, 1965. Denied.